UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Case No. ____07 CIV 9373____

**Certification of Service**
**Summons and Complaint**

ROMAN PRODUCE INC.,

        Plaintiff,

-against-

MY PRODUCE INC., and YOUNG KIM,

        Defendants.

----------------------------------------x

____GENE LOMBARDO____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On ____OCTOBER 22, 2007____ I served true copies of the ~~corrected~~ summons and complaint upon ____MY PRODUCE INC., and YOUNG KIM____ by hand delivery of:
    Defendants

  ☑ A)   1 Copy to __ YOUNG KIM __ in His/Her individual capacity.
          1 Copy to __ YOUNG KIM PRESIDENT AND __ as an officer of __MY PRODUCE INC.__

    Address of Service- ____265 ROW B HUNTS POINT TERMINAL MARKET BRONX, NY 10474____

  B) Copies to a person of suitable age and discretion employed by _____ who stated that He/She was authorized to accept service for _____.
    (Corporate Defendant)

    And, on _____ by mailing true copies of the summons and complaint to _____ defendants by first in a postage paid envelope marked "personal and confidential" and not identified as being mailed.

  C) Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of _____, who stated that He/She was authorized to accept
    (Corporate Defendant)
    service on behalf of _____.

3. The above named person served is described as follows: (young kim)

Sex: __M__    Age: __60__    Weight: __165__
             Height: __5'3__    Color: __OLIVE__

Identifying Features: _____

Dated __10/22/07__     x [signature]