*Roman vs My Produce*
*Young Suh*

%AO 440 (Rev. 8/01) Summons in a Civil Action

**ORDER TO SHOW CAUSE for Judgment on Default RETURN OF SERVICE**

| | |
|---|---|
| Service of the ~~Summons and complaint~~ was made by me<sup>(1)</sup> | DATE ~~[struck through]~~ 12/28/07 |
| NAME OF SERVER *(PRINT)* GENE LOMBARDO | TITLE AGENT FOR ROMAN PRODUCE, INC |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. ~~Place where served:~~ YOUNG KIM BOTH IN HIS INDIVIDUAL CAPACITY AN IN HIS CAPACITY AS PRESIDENT OF MY PRODUCE INC. SERVICE WAS MADE AT 265 ROW B HUNTS PT TERMINAL MKT AT 9:30 AM.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): YOUNG KIM IS MALE, YELLOW SKIN (ASIAN) 45 TO 55 YRS OLD BLACK HAIR BROWN EYES — WEIGHT BETWEEN 145-175 LBS

**STATEMENT OF SERVICE FEES**

| TRAVEL $4.00 (SUBWAY) | SERVICES 20.00 | TOTAL ~~$0.00~~ 24.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
    Date         Signature of Server

220 FOOD CENTER DRIVE
BRONX NY 10474
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.