UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**ROMAN PRODUCE, INC.,**

            Plaintiff,

- against -

**MY PRODUCE INC. and YOUNG KIM,**

            Defendant.

------------------------------------------------------------x

Index#: 07 CIV 9373 (RMB)

#08,0139

Assigned to:
District Judge Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-2008

## JUDGMENT AFTER DEFALUT BY COURT FOR PLAINTIFF DUE TO NON-APPEARANCE OF DEFENDANTS

Defendants, My Produce Inc. and Young Kim, have each been regularly served with process. They have each failed to appear and answer the plaintiff's Complaint filed herein. The default of defendants has been entered. It appears that none of the defendants is an infant nor an incompetent person. An Affidavit of Non-Military Service has been filed herein. It appears from the Certification in Lieu of Affidavit of Lee Pakulsky, dated December 6, 2007, and exhibits annexed thereto, that the plaintiff is entitled to judgment.

IT IS ORDERED AND ADJUDGED that plaintiff recover from defendants My Produce Inc and Young Kim, jointly and severally, the sum $9,600.00 with interest at the rate of 9% per annum from April 17, 2007, until paid, together with costs and disbursements in the sum of $365.00. **THE CLERK TO CLOSE THIS CASE.**

DATED: 1/28/08

ENTER:

*RMB*

Richard M. Berman

75\roman.v.myproduce.osc\msw

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____